UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRISTOPHER CASTORINA and STEVEN MORSE,<br><br>Plaintiffs,<br><br>v.<br><br>SPIKE CABLE NETWORKS, INC., NETWORK ENTERPRISES, MTV NETWORKS, VIACOM, INC., INDUSTRY ENTERTAINMENT, CBS CORPORATION, ABC CORPORATIONS, 1-10 fictitious (corporations); XYZ CORPORATIONS, 1-10 (fictitious corporations); ABC TALENT AGENCIES (fictitious agencies); XYZ TALENT AGENCIES, 1-10 (fictitious agencies); TALENT AGENTS JOHN DOES 1-10 (fictitious agents); TALENT AGENTS JANE DOES 1-10, (fictitious agents).<br><br>Defendants. | Civil Case No:<br><br>2:10-CV-02954-JS –ARL |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth A. McNamara of DAVIS WRIGHT TREMAINE LLP, who is admitted to practice in this Court, hereby enters her appearance as counsel for defendants SPIKE CABLE NETWORKS, INC., MTV NETWORKS, NETWORK ENTERPRISES, CBS CORPORATION, AND VIACOM INC. in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on her at the address stated below.

Dated: New York, New York
       September 3, 2010

DAVIS WRIGHT TREMAINE LLP

By:   s/ Elizabeth A. McNamara
      Elizabeth A. McNamara (EAM 1987)
1633 Broadway
New York, New York 10019-6708
Phone (212) 489-8230
Fax (212) 489-8340
lizmcnamara@dwt.com